**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    Nos. 82-84 MM 2022

           Respondent                  :

                          :

                 v.                        :

                          :

JOSE PEROZA-BENITEZ,                :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.

     It appears that Attorney Douglas J. Waltman, who was Petitioner's PCRA counsel, abandoned Petitioner. *See* Pa.R.Crim.P. 120(B)(1) (indicating that counsel may not withdraw absent leave of court); Pa.R.Crim.P. 904(F)(2) (providing that, when counsel is appointed in a PCRA matter, representation continues through all avenues of appeal, including allocatur review). This matter is REMANDED to the Court of Common Pleas of Berks County to determine whether Petitioner is entitled to appointment of new counsel or whether to permit Petitioner to proceed *pro se*. *See* Pa.R.Crim.P. 904(F)(2); *see also Commonwealth v. Grazier*, 713 A.2d 81 (Pa. 1998) (in the context of a collateral attack against a sentence, explaining that an on-the-record determination must be made as to whether a defendant's request to proceed *pro se* is knowing, intelligent, and voluntary).

     The Court of Common Pleas of Berks County is DIRECTED to enter its order on remand within 90 days and to notify this Court promptly of its determination.

     The Prothonotary is DIRECTED to serve this order on Attorney Waltman.